**Herman SANCHEZ, Petitioner–Appellant,**

v.

**Greg LEWIS, Warden, Respondent–Appellee.**

No. 12–16962.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 12, 2014.

Filed Oct. 3, 2014.

Rita Barker, Law Firm of Rita Baker, Cayucos, CA, for Petitioner–Appellant.

David Andrew Eldridge, Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: SCHROEDER and W. FLETCHER, Circuit Judges, and CURIEL, District Judge.*

---

* The Honorable Gonzalo P. Curiel, United States District Judge for the Southern District of California, sitting by designation.

## MEMORANDUM **

Petitioner Herman Sanchez appeals from the district court's denial of his 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus. Petitioner challenges the California Superior Court's denial of his motion for discovery of a correctional officer's personnel file for evidence of untruthfulness ("*Pitchess* motion") without first conducting an *in camera* review. This court does not directly review questions of state evidence law, *Jammal v. Van de Kamp*, 926 F.2d 918, 919 (9th Cir.1991), and Petitioner has failed to demonstrate that the state court's adjudication of his claim was "contrary to, or involved an unreasonable application of, clearly established Federal law." 28 U.S.C. § 2254(d).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.